**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01184-CV

### IN RE JAMES M. FISHER II, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-22733**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by our order of August 29, 2013. We **ORDER** that relator bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
         JUSTICE